# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CHRISTOPHER COMPERRY, | ) | CASE NO.: 3:25-cv-0052-MJN-CHG |
| | ) | |
| Plaintiff, | ) | District Judge Michael J. Newman |
| | ) | Magistrate Judge Caroline H. Gentry |
| v. | ) | |
| | ) | |
| PRATT INDUSTRIES, INC., | ) | Corporate Disclosure Statement |
| | ) | |
| Defendant. | ) | |

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation."  A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first.  The obligation to disclose any changes will be continuing throughout the pendency of this case.

In Compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of: <u>Pratt Industries, Inc.</u>           .

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporations?

   _____ YES     __**X**__ NO

   If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

   _____

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

   _____ YES     __**X**__ NO

   If the answer is YES, list the identity of such corporation and the nature of the financial interest.

   _____

   */s/ Harry M. Rowland, III*           May 16, 2025
   Signature of Counsel                  Date

**Certificate of Service**

I hereby certify that on May 16, 2025, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                      */s/Harry M. Rowland, III*
                                                      Harry M. Rowland, III

                                                      *Attorney for Defendant*
                                                      *Pratt Industries, Inc.*

**COUNSEL ARE REMINDED OF THEIR CONTINUING OBLIGATION TO UPDATE AND SUPPLEMENT THIS STATEMENT**