UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CHRISTOPHER COMPERRY,

    Plaintiff,

vs.

PRATT INDUSTRIES, INC.,

    Defendant.

Case No. 3:25-cv-52

District Judge Michael J. Newman

---

**ORDER: (1) GRANTING THE PARTIES' JOINT MOTION TO STAY THIS LITIGATION (Doc. No. 16); (2) STAYING THIS CASE FOR NINETY DAYS; (3) AND REQUIRING THE PARTIES TO FILE A JOINT STATUS REPORT BY SEPTEMBER 4, 2025**

---

For good cause shown, the parties' joint motion to stay this litigation (Doc. No. 16) is **GRANTED**, and this case is **STAYED** for ninety days. The parties shall **FILE** a joint status report by September 4, 2025.

    **IT IS SO ORDERED.**

    June 3, 2025

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge