UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CHRISTOPHER COMPERRY,
*on behalf of himself and others
similarly situated*,

    Plaintiff,

vs.

PRATT INDUSTRIES, INC.,

    Defendant.

Case No. 3:25-cv-52

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

**ORDER: (1) GRANTING THE PARTIES' UNOPPOSED, JOINT MOTION TO EXTEND THE STAY OF LITIGATION (Doc. No. 21); (2) STAYING THE CASE FOR AN ADDITIONAL NINETY DAYS; (3) REQUIRING THE PARTIES TO FILE A JOINT STATUS REPORT BY DECEMBER 3, 2025; (4) ORDERING THE PARTIES TO MEET AND CONFER; (5) REQUIRING THE PARTIES TO FILE THEIR FED. R. CIV. P. 26(f) REPORT ON OR BEFORE DECEMBER 19, 2025; AND (6) REQUIRING THE PARTIES TO MAKE INITIAL DISCLOSURES UNDER FED. R. CIV. P. 26(a)(1) ON OR BEFORE DECEMBER 12, 2025**

---

This civil case is before the Court upon the parties' unopposed, joint motion to extend the stay previously entered in this case by an additional ninety (90) days. Doc. No. 21. For good cause shown, the Court **GRANTS** the parties' motion and **STAYS** the case for an additional **ninety (90) days**. The Court **REQUIRES** the parties to file a joint status report by **December 3, 2025**.

The Court also **ORDERS** the parties to informally confer in good faith and prepare a report as required by Fed. R. Civ. P. 26(f).[1] The parties' Rule 26(f) Report shall be filed with the Court on or before **December 19, 2025**. Unless otherwise agreed to by the parties in their Rule 26(f) Report, initial disclosures must be made as required by Rule 26(a)(1). Rule 26(a)(1) initial

---

[1] A form Rule 26(f) Report of the Parties (applicable in the Western Division at Dayton) is accessible on the Court's website at http://www.ohsd.uscourts.gov/ohio-southern-district-forms.

disclosures must be served upon all parties in the case by **December 12, 2025** and should not be filed with the Court unless submitted in support of a motion

  **IT IS SO ORDERED.**

<u>September 9, 2025</u>             s/*Michael J. Newman*
                      Hon. Michael J. Newman
                      United States District Judge