UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CHRISTOPHER COMPERRY,
*on behalf of himself and others
similarly situated*,

      Plaintiff,

vs.

PRATT INDUSTRIES, INC.,

      Defendant.

Case No. 3:25-cv-52

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

**ORDER: (1) GRANTING THE PARTIES' UNOPPOSED, JOINT MOTION TO EXTEND THE STAY OF LITIGATION (Doc. No. 23); (2) STAYING THE CASE UNTIL MAY 21, 2026; AND (3) REQUIRING THE PARTIES TO FILE EITHER A JOINT STATUS REPORT OR THEIR FED. R. CIV. P. 26(f) REPORT ON OR BEFORE MAY 21, 2026**

---

This civil case is before the Court upon the parties' unopposed, joint motion to extend the stay until May 21, 2026 due to their scheduled mediation conference on April 30, 2026. Doc. No. 23. For good cause shown, the Court **GRANTS** the parties' motion and **STAYS** the case until May 21, 2026. The Court **REQUIRES** the parties to file a joint status report on or before **May 21, 2026**. If the mediation conference is unsuccessful, the parties shall file their Rule 26(f) report in lieu of the joint status report.

      **IT IS SO ORDERED.**

December 5, 2025                            s/*Michael J. Newman*
                                                             Hon. Michael J. Newman
                                                             United States District Judge